1
2
3
4

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBINA SVEDA, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANCHOR BAY ENTERTAINMENT, LLC, a Delaware Corporation, and STARZ MEDIA, LLC, a Delaware Corporation,<br><br>　　　　Defendants. | Case No.:  CV-11-5247 DMG (PLAx)<br><br>**ORDER RE: PROTECTION OF CONFIDENTIAL DOCUMENTS AND INFORMATION** |

The Court has read and considered the Stipulation Regarding Protection of Confidential Documents and Information (the "Stipulation") filed by Plaintiff Albina Sveda ("Sveda") and Defendants Anchor Bay Entertainment, LLC ("ABE") and Starz Media, LLC ("Starz Media") (collectively, "Defendants").  Based upon that Stipulation, and good cause appearing therefor, the Court hereby enters a Protective Order on the terms set forth therein.

Dated: February 13, 2012

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
Honorable Paul L. Abrams
United States Magistrate Judge

1
[Proposed] ORDER RE: PROTECTION OF CONFIDENTIAL MATERIAL

31613959v1