UNITED STATES DISTRICT COURT   JS-6

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALBINA SVEDA, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANCHOR BAY ENTERTAINMENT, LLC, a Delaware Corporation, and STARZ MEDIA, LLC, a Delaware Corporation,<br><br>　　　　　Defendants. | Case No.: CV-11-5247 DMG (PLAx)<br><br>**ORDER RE:   STIPULATION OF DISMISSAL**<br>**[FED. R. CIV. P. 41(a)(1)(A)(ii)] [30]** |

The Court has read and considered the parties' "Stipulation of Dismissal Pursuant to FRCP 41(a)(1)(A)(ii)" submitted by Plaintiff Albina Sveda and Defendants Anchor Bay Entertainment, LLC and Starz Media, LLC .  Good cause appearing therefor, IT IS HEREBY ORDERED the claims in the above-captioned lawsuit are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:  June 28, 2012

_____
DOLLY M. GEE
United States District Judge